SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
PEDRO V. CASTILLO (No. 159153)
Deputy Federal Public Defender
(E-mail: Pedro_Castillo@fd.org)
321 E. 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-2980
Facsimile (213) 894-0081

Attorneys for Defendant
ALAKE TERRY ILEGBAMEH

IT IS SO ORDERED.
DATED: Oct 8 2013
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALAKE TERRY ILEGBAMEH,<br><br>    Defendant. | NO. CR 13-201-MWF<br><br>**NOTICE OF ERRATA RE: DEFENDANT'S MOTION TO UNSEAL GOVERNMENT SEALED FILING, PRODUCE DISCOVERY, OR IN THE ALTERNATIVE, CONDUCT AN IN CAMERA REVIEW; DECLARATION; EXHIBIT** |

Defendant, Alake Terry Ilegbameh, through counsel, hereby gives notice that the Defendant's Motion to Unseal Government Sealed Filing, Produce Discovery, or in the Alternative, Conduct an in Camera Review; Declaration; Exhibit was electronically filed on October 7, 2013 without redacting personal information. Therefore, defense counsel requests that docket number 27 be sealed & stricken from the record.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: October 7, 2013

By /s/ Pedro V. Castillo
PEDRO V. CASTILLO
Deputy Federal Public Defender